﻿Citation Nr: AXXXXXXXX
Decision Date: 03/31/20 Archive Date: 03/31/20

DOCKET NO. 190828-28367
DATE: March 31, 2020

ORDER

Entitlement to service connection for irritable bowel syndrome is dismissed.

FINDINGS OF FACT

1. The RO issued a rating decision dated September 25, 2018 (notification October 5, 2018) on the issue of service connection for irritable bowel syndrome, prior to the implementation of the Appeals Modernization Act on February 19, 2019.

2. In August 2019, the Veteran filed a VA Form 10182 to request direct review of the September 2018 rating decision.

3. The appeal of the issue of entitlement to service connection for irritable bowel syndrome is not properly before the Board. 

CONCLUSION OF LAW

The criteria for dismissal of entitlement to service connection for irritable bowel syndrome have been met. 38 U.S.C. §§ 7104, 7105;38 C.F.R. § 20.101; 38 C.F.R. §§ 19.2, 3.2400 (2019).

REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Veteran served on active duty in the United States Army from November 2003 to November 2006, to include service in Kuwait/Iraq from January 2005 to January 2006. For his meritorious service, the Veteran was awarded, among other awards, the Iraq Campaign Medal. 

This appeal comes to the Board of Veterans’ Appeals (Board) from a September 2018 rating decision of a Department of Veterans Affairs (VA) Regional Office (RO). 

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55, 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). The modernized review system enacted by the AMA became effective on February 19, 2019. 38 C.F.R. § 19.2 (2019).

Entitlement to service connection for irritable bowel syndrome.

The Board may dismiss any appeal that fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105.

An AMA appeal comes before the Board in one of three ways: 1) an appeal of a Rapid Appeals Modernization Program (RAMP) rating decision; 2) an appeal of a rating decision with a notification letter dated on or after February 19, 2019; or 3) an appeal of a statement of the case or supplemental statement of the case issued on or after February 19, 2019. 38 C.F.R. § 19.2 (d) (eff. Feb. 19, 2019); 38 C.F.R. § 3.2400. 

In September 2018, the RO denied service connection for irritable bowel syndrome. In August 2019, the Veteran filed a VA Form 10182 Decision Review Request: Board Appeal (Notice of Disagreement). The Veteran elected the Direct Review Lane. No hearing was requested. 

A review of the record reflects that the Veteran did not opt into RAMP. Additionally, neither was the Agency of Original Jurisdiction (AOJ) rating decision issued after February 19, 2019, nor was a statement of the case (SOC) issued on or after February 19, 2019. Therefore, the submitted VA Form 10182 cannot be accepted as a valid appeal of the September 2018 rating decision, and the Board lacks jurisdiction to review the matter. As such, the issue for service connection for irritable bowel syndrome is dismissed. 

 

 

Evan M. Deichert

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Crawford, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.